February 28, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/02/2020

<u>Via ECF</u>
Honorable Lorna G. Schofield
United States District Judge
United States Courthouse
40 Foley Square, Courtroom 1106
New York, New York 10007

      RE: <u>Himelda Mendez v. Aldo U.S. Inc.</u>
           Docket: 1:19-cv-11808-LGS

Dear Judge Schofield,

    Plaintiff respectfully requests an adjournment of the initial conference currently scheduled for March 5, 2020.

    Defendant was served through secretary of state on January 21, 2020. As of today, Defendant has not yet contacted Plaintiff, appeared, answered or otherwise moved. Therefore, Plaintiff requests thirty (30) days to make additional attempts to contact Defendant. If Defendant does not appear, answer or otherwise move, Plaintiff will move for default. This is the first request of its kind.

    We thank you and the Court for its time and consideration on this matter.

APPLICATION GRANTED. The initial conference set for March 5, 2020, at 10:30 A.M. is adjourned to April 2, 2020, at 10:30 A.M. Joint pre-conference materials are due on March 26, 2020. If Defendant has not appeared by March 26, 2020, Plaintiff shall file Default Judgment materials in compliance with the Court's Individual Rules.

Dated: March 2, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

The Marks Law Firm, P.C.

By:_____
    Bradly G. Marks

175 Varick Street, 3rd FL, New York, New York 10014
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com