# EUSTACE, PREZIOSO & YAPCHANYK
## ATTORNEYS AT LAW

EDWARD M. EUSTACE
RICHARD C. PREZIOSO
CHRISTOPHER M. YAPCHANYK
LAUREN S. YANG
_____
PAUL A. TUMBLESON
REGINE DELY-LAZARD
MAUREEN E. PEKNIC
ANTHONY J. TOMARI
THOMAS B. FERRIS
TERENCE H. DEMARZO
ROBERT M. MAZZEI
ROBERT M. MICHELL

55 WATER STREET • 28TH FL.
NEW YORK, NY 10041
TEL  (212) 612-4200
FAX  (212) 612-4284

NOT A PARTNERSHIP OR PROFESSIONAL CORPORATION

MILES A. LINEFSKY
DANIEL P. ROCCO
MICHAEL S. MUNGER
HILLARY A. FRAENKEL
BHAVLEEN K. SABHARWAL
PETER T. MENSCHING
JUSTIN V. BUSCHER
VACH VIVACHARAWONGSE

OF COUNSEL
ALAN J. HARRIS
BRENDAN HENNESSY
JONATHAN E. HILL
MICHELLE GRAMLICH
MITCHELL A. GREENE

---

*By ECF*

May 14, 2020

**APPLICATION GRANTED. This matter is STAYED.**

Hon. Lorna G. Schofield
United States District Judge
UNITED STATES DISTRICT COURT
500 Pearl Street
New York, New York 10007

The parties shall file a joint status letter every sixty days on the status of the bankruptcy proceeding. The first letter is due on July 14, 2020.

Dated: May 15, 2020
New York, New York

*LORNA G. SCHOFIELD*
UNITED STATES DISTRICT JUDGE

Re:   *Mendez v. Aldo U.S. Inc*.,
SDNY Civil Action Number: 19-cv-11808

Dear Judge Schofield:

    We represent the Defendant Aldo, U.S., Inc, ("Aldo") in the above–referenced action. We write to advise the Court, that on May 7, 2020 Aldo, filed for protection under Chapter 15 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, under case number 20-11062 (KBO) Accordingly we request this matter be stayed pursuant to 11 U.S.C § 361, until such time as the automatic stay is lifted. Plaintiff does not intend to seek to lift the stay and does not otherwise object to the entry of the stay.

    Thank you for your attention to this request.

Respectfully submitted,

Anthony J. Tomari

cc/ECF:
Marks Law Firm, PC