UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HIMELDA MENDEZ,
                        Plaintiff,

             -against-

ALDO U.S., INC.,
                        Defendant.
------------------------------------------------------------X

19 Civ. 11808 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on May 14, 2020, this action was stayed pending the status of a bankruptcy proceeding;

    WHEREAS, the parties were ordered to file a joint status letter every sixty days;

    WHEREAS, the parties failed to file a status letter due on September 14, 2020; it is hereby

    **ORDERED** that, by **September 22, 2020**, the parties shall file a joint status letter. The next status letter is due on **November 20, 2020**.

Dated: September 18, 2020
       New York, New York

                                            LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE