```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   HIMELDA MENDEZ,                                          :
                                   Plaintiff,               :
                                                            :      19 Civ. 11808 (LGS)
                     -against-                              :
                                                            :              ORDER
   ALDO U.S., INC.,                                         :
                                   Defendant.               :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on May 15, 2020, this action was stayed pending the status of Defendant's bankruptcy proceeding (Dkt. No. 15).

WHEREAS, the Court ordered that a status letter be filed every sixty days (*see* Dkt. No. 15).

WHEREAS, a status letter regarding the proceeding was due on November 20, 2020, and no such letter was filed (*see* Dkt. No. 17).  It is hereby

**ORDERED** that, the third sentence of the Order at Dkt. No. 15 is amended from "The parties shall file a joint status letter every sixty days on the status of the bankruptcy proceeding" to "Plaintiff shall file a status letter every sixty days on the status of the bankruptcy proceeding."  It is further

**ORDERED** that, by **November 30, 2020**, Plaintiff shall file a status letter.  The next status letter is due on **January 29, 2021**.

Dated: November 23, 2020
       New York, New York

                                        _____
                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**