UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HIMELDA MENDEZ,
                           Plaintiff,

              -against-

ALDO U.S., INC.,
                          Defendant.
------------------------------------------------------------X

19 Civ. 11808 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on May 15, 2020, this action was stayed pending the status of a bankruptcy proceeding, and Plaintiff was ordered to file status letters every 60 days (Dkt. Nos. 15, 20);

WHEREAS, Plaintiff failed to file a status letter due on April 1, 2021 (Dkt. No. 23); it is hereby

**ORDERED** that, by **April 9, 2021,** Plaintiff shall file a status letter. The next status letter is due **June 9, 2021**.

Dated: April 6, 2021
       New York, New York

                                                LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE