UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

HIMELDA MENDEZ,

                      Plaintiff,

      -against-

ALDO U.S. INC.,

                      Defendants.

-------------------------------------------------------X

Case No. 1:19-cv-11808-LGS

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Himelda Mendez and Defendant Aldo U.S. Inc. by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed without prejudice, without costs or attorneys' fees.

Dated: April 12, 2021

By:_____

Bradly G. Marks
The Marks Law Firm, PC
175 Varick Street, 3rd Fl
New York, NY 10014
T:(646) 770-3775
brad@markslawpc.com

By:_____

Anthony John Tomari
Eustace, Prezioso, & Yapchanyk
55 Water Street, 28th Floor
New York, NY 10041
T:(212) 612-4200
atomari@eustacelaw.com

SO ORDERED.

Dated: April 20, 2021
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE